DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LEXI NEGIN, Bar# 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
JULIO LUBINO-GALAVIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr.S. 10-328 WBS |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| v. | ) | |
| JULIO LUBINO-GALAVIZ, | ) | |
| Defendant. | ) | DATE: November 8, 2010<br>TIME: 8:30 a.m.<br>JUDGE: William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through Michele Beckwith, Assistant U.S. Attorney, and defendant, JULIO LUBINO-GALAVIZ by and through his counsel, Lexi Negin, Assistant Federal Defender, that the status conference set for September 27, 2010, be continued to November 8, 2010, at 8:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, September 24, 2010, through and including the date of the new status conference hearing, November 8, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

1 | A proposed order is attached and lodged separately for the court's convenience.

3 | DATED: September 24, 2010          Respectfully submitted,

4 |                                    DANIEL J. BRODERICK
                                       Federal Defender

6 |                                     */s/ Lexi Negin*
                                       LEXI NEGIN
                                       Assistant Federal Defender
7 |                                    Attorney for Defendant
                                       JULIO LUBINO-GALAVIZ

9 | DATED: September 24, 2010          BENJAMIN B. WAGNER
                                       United States Attorney

11 |                                    */s/ Lexi Negin for*
                                       MICHELE BECKWITH
                                       Assistant U.S. Attorney
12 |                                   Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO LUBINO-GALAVIZ,<br><br>Defendant.<br>_____ | )  Cr.S. 10-328 WBS<br>)<br>)<br>)<br>)  ORDER CONTINUING STATUS HEARING<br>)  AND EXCLUDING TIME PURSUANT TO THE<br>)  SPEEDY TRIAL ACT<br>)<br>)<br>) |

For the reasons set forth in the stipulation of the parties, filed on September 27, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for September 27, 2010, be vacated and that the case be set for **Monday, November 8, 2010, at 8:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 27, 2010, stipulation, the time under the Speedy Trial Act is excluded from the date of this stipulation, September 24, 2010, through November 8, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:   September 24, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE